474 A.2d 638

Commonwealth v. Brant, Appellant.

Reargument Denied May 29, 1984.

Petition for Allowance of Appeal
Denied Sept. 6, 1984.

Argued October 25, 1983.
Edgar M. Snyder, for appellant; Kemal Alexander Mericli,
Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY,
JJ.

Judgment of sentence affirmed.